UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21307-KMM

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

KINGS BAY SHOPPING CENTER LTD,
ANDRAVER, INC. D/B/A SMOOTHIE KING,
PAPPA RICCOS INC. D/B/A PAPA RICCOS
PIZZA AND LAZANA CORPORATION
D/B/A PINCH A PENNY,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, ANDRAVER, INC. D/B/A SMOOTHIE KING, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines on this case as to Defendant, ANDRAVER, INC. D/B/A SMOOTHIE KING, *only*. Respectfully submitted this August 15, 2025.

| | |
|---|---|
| *s/ Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> Fla Bar No.: 535451 <br> ANTHONY J. PEREZ LAW GROUP, PLLC <br> 7950 W. Flagler Street, Suite 104 <br> Miami, Florida 33144 <br> Telephone: (786) 361-9909 <br> E-Mail: ajp@ajperezlawgroup.com <br> *Counsel for Plaintiff* | */s/ Juan C. Valdes* <br> JUAN C. VALDES, ESQ. <br> Fla. Bar No: 787191 <br> QUESADA VALDES, PLLC <br> 5757 Waterford District Drive, Suite 110 <br> Miami, Florida 33126 <br> Tel: (305) 446-2517 <br> Email: jcv@qvlaw.net <br> *Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 15, 2025.

    Respectfully submitted,

    **ANTHONY J. PEREZ LAW GROUP, PLLC**
    7950 W. Flagler Street, Suite 104
    Miami, Florida 33144
    Telephone: (786) 361-9909
    Facsimile: (786) 687-0445
    Primary E-Mail: ajp@ajperezlawgroup.com
    *Counsel for Plaintiff*

    */s/ Anthony J. Perez*
    ANTHONY J. PEREZ, ESQ.