UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21307-KMM

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

KINGS BAY SHOPPING CENTER LTD,
ANDRAVER, INC. D/B/A SMOOTHIE KING,
PAPPA RICCOS INC. D/B/A PAPA RICCOS
PIZZA AND LAZANA CORPORATION
D/B/A PINCH A PENNY,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff NIGEL FRANK DE LA TORRE PARDO, and Defendant, KINGS BAY SHOPPING CENTER LTD, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated: June 26, 2025                                          Respectfully submitted,

*s/ Anthony J. Perez*                                          */s/ Juan C. Valdes*
ANTHONY J. PEREZ, ESQ.                              JUAN C. VALDES, ESQ.
Fla Bar No.: 535451                                          Fla. Bar No: 787191
ANTHONY J. PEREZ LAW GROUP, PLLC         QUESADA VALDES, PLLC
7950 W. Flagler Street, Suite 104                      5757 Waterford District Drive, Suite 110
Miami, Florida 33144                                         Miami, Florida 33126
Telephone: (786) 361-9909                              Tel: (305) 446-2517
E-Mail: ajp@ajperezlawgroup.com                  Email: jcv@qvlaw.net
*Counsel for Plaintiff*                                         *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 29, 2025.

    Respectfully submitted,

    **ANTHONY J. PEREZ LAW GROUP, PLLC**
    7950 W. Flagler Street, Suite 104
    Miami, Florida 33144
    Telephone: (786) 361-9909
    Facsimile: (786) 687-0445
    Primary E-Mail: ajp@ajperezlawgroup.com
    *Counsel for Plaintiff*

    /s/ *Anthony J. Perez*
    ANTHONY J. PEREZ, ESQ.