UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21307-KMM

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

KINGS BAY SHOPPING CENTER LTD,
ANDRAVER, INC. D/B/A SMOOTHIE KING,
PAPPA RICCOS INC. D/B/A PAPA RICCOS
PIZZA AND LAZANA CORPORATION
D/B/A PINCH A PENNY,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff NIGEL FRANK DE LA TORRE PARDO, and Defendant, LAZANA CORPORATION D/B/A PINCH A PENNY, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated: June 26, 2025                                                    Respectfully submitted,

| | |
|---|---|
| *s/ Anthony J. Perez* <br> ANTHONY J. PEREZ, ESQ. <br> Fla Bar No.: 535451 <br> ANTHONY J. PEREZ LAW GROUP, PLLC <br> 7950 W. Flagler Street, Suite 104 <br> Miami, Florida 33144 <br> Telephone: (786) 361-9909 <br> E-Mail: ajp@ajperezlawgroup.com <br> *Counsel for Plaintiff* | */s/ Juan C. Valdes* <br> JUAN C. VALDES, ESQ. <br> Fla. Bar No: 787191 <br> QUESADA VALDES, PLLC <br> 5757 Waterford District Drive, Suite 110 <br> Miami, Florida 33126 <br> Tel: (305) 446-2517 <br> Email: jcv@qvlaw.net <br> *Attorney for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 29, 2025.

                                    Respectfully submitted,

                                    **ANTHONY J. PEREZ LAW GROUP, PLLC**
                                    7950 W. Flagler Street, Suite 104
                                    Miami, Florida 33144
                                    Telephone: (786) 361-9909
                                    Facsimile: (786) 687-0445
                                    Primary E-Mail: ajp@ajperezlawgroup.com
                                    *Counsel for Plaintiff*

                                    /s/ *Anthony J. Perez*
                                    ANTHONY J. PEREZ, ESQ.