UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21307-KMM

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

KINGS BAY SHOPPING CENTER LTD,
ANDRAVER, INC. D/B/A SMOOTHIE KING,
PAPPA RICCOS INC. D/B/A PAPA RICCOS
PIZZA AND LAZANA CORPORATION
D/B/A PINCH A PENNY,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff NIGEL FRANK DE LA TORRE PARDO, and Defendant, PAPPA RICCOS INC. D/B/A PAPA RICCOS PIZZA, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated: June 26, 2025

*s/ Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Fla Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Juan C. Valdes*
JUAN C. VALDES, ESQ.
Fla. Bar No: 787191
QUESADA VALDES, PLLC
5757 Waterford District Drive, Suite 110
Miami, Florida 33126
Tel: (305) 446-2517
Email: jcv@qvlaw.net
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this October 23, 2025.

        Respectfully submitted,

        **ANTHONY J. PEREZ LAW GROUP, PLLC**
        7950 W. Flagler Street, Suite 104
        Miami, Florida 33144
        Telephone: (786) 361-9909
        Facsimile: (786) 687-0445
        Primary E-Mail: ajp@ajperezlawgroup.com
        *Counsel for Plaintiff*

        /s/ *Anthony J. Perez*
        ANTHONY J. PEREZ, ESQ.